**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CRIMINAL DIVISION

**INFORMATION**

DCTN: U20005946
Lockup No: 53
Case No: 
Citation Date: 

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | Donte P Smith | | | 507413 | 20031174 | 01/11/1984 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |
| Also Known As: | Donte P Smith | | | | | |
| | (First) | (Middle) | (Last) | | | |
| Address: | 930 RANDOLPH STREET NW Apt. 8, WASHINGTON DC | | | | | |

1  On or about February 20, 2020, within the District of Columbia, Donte P Smith engaged in a sexual act or sexual contact, that is contact between Donte Smith's hand and J.P.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse the sexual desire of Donte P Smith or J.P., where Donte P Smith knew or had reason to know that the sexual act or sexual conduct was without J.P.'s permission.  **(Misdemeanor Sexual Abuse, in violation of 22 D.C. Code, Section 3006 (2001 ed.))**

Co-Defendants:

Rule 105: ☐   Judge: _____

**United States Attorney for the District of Columbia**

By: Assistant United States Attorney  *Magdalena Acevedo*    Date: February 21, 2020

By Officer: Dylan Thompson    Badge No.: 774

PSA: 103    Domestic ☐